1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ERIK VAN DEN ANDEL, an individual; THE ESTATE OF CONSTANCE IVERSON; and JUNE IVERSON, an individual,<br><br>Defendants.<br>_____<br>JUNE IVERSON, an individual,<br><br>Crossclaimant,<br><br>v.<br><br>ERIK VAN DEN ANDEL, an individual;<br><br>Crossdefendant. | Case No.:   CV 11-8985-JAK (JCx)<br><br>**JUDGMENT ON CROSS-COMPLAINT** **JS-6** |

1

This action came on for hearing before the Court on September 10, 2012, Hon. John A. Kronstadt, District Judge presiding, on a Motion for Summary Judgment and the evidence presented having been fully considered, the issues having been fully heard and a decision having been rendered in the Court's Order of October 5, 2012 (D.E. 30),

IT IS ORDERED AND ADJUDGED that:

1. Erik Van Den Andel is barred from inheriting from the estate of Sheila Van Den Andel;

2. June Iverson, as the only surviving heir to Sheila Van Den Andel, is awarded the life insurance policy proceeds interpleaded with the Court by Metropolitan Life;

3. June Iverson is awarded the funds in Sheila's Van Den Andel's Fidelity Investments rollover IRA retirement account, number 1##-##0233;

4. This action is dismissed in its entirety; and

5. The prevailing party may recover costs pursuant to Federal Rule of Civil Procedure 54 upon the filing of a Bill of Costs.

Dated: October 26, 2012

Hon. John A. Kronstadt
United States District Court Judge

cc: Fiscal Department

2